**Order entered June 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00412-CV

## IN THE INTEREST C.R., A.R., AND C.R. CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30093-2016**

## ORDER

We **REINSTATE** this appeal.

Before the Court is appellant's June 28, 2018 motion for an extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on June 28, 2018 filed as of the date of this order.

/s/     DAVID EVANS
          JUSTICE